# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA

D'AUN LOOMIS,

**Plaintiff,**

v.

PORTFOLIO RECOVERY
ASSOCIATES, LLC,

**Defendant.**

_____/

## COMPLAINT

Plaintiff D'Aun Loomis ("Plaintiff") sues Portfolio Recovery Associates, LLC ("Defendant") for violations of the Fair Debt Collection Practices Act ("FDCPA").

## JURISDICTION AND VENUE

1.     This Court has federal question subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1331, as the action arises under the FDCPA.

2.     This Court has personal jurisdiction over Defendant because Defendant is operating, present, and/or doing business within this jurisdiction and because the complained of conduct of Defendant occurred within Pinellas County, Florida.

3.     Venue of this action is proper in this Court because the cause of action alleged below arose in Pinellas County, Florida.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
1515  NE 26th Street, | Wilton Manors, Florida 33305 | Phone (813) 340-8838 | Fax (855) 529-9540
www.JibraelLaw.com

## PARTIES

4. Plaintiff is a natural person and a citizen of the State of Florida, residing in Pinellas County, Florida.

5. Defendant is a Delaware limited liability company, with its principal place of business located in Norfolk, Virgina.

## DEMAND FOR JURY TRIAL

6. Plaintiff, respectfully, demands a trial by jury on all counts and issues so triable.

## FACTUAL ALLEGATIONS

### Background

7. On or about November 13, 2025, Defendant began attempting to collect a debt from Plaintiff (the "Consumer Debt").

8. The Consumer Debt is an obligation allegedly had by Plaintiff to pay money arising from a transaction between the creditor of the Consumer Debt and Plaintiff (the "Subject Service").

9. The Subject Service was primarily for personal, family, or household purposes.

10. Defendant is a business entity engaged in the business of soliciting consumer debts for collection.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
1515 NE 26th Street, | Wilton Manors, Florida 33305 | Phone (813) 340-8838 | Fax (855) 529-9540
www.JibraelLaw.com

11.    Defendant is a business entity engaged in the business of soliciting consumer debts for collection.

12.    Defendant regularly collects or attempts to collect, directly or indirectly, debts owed or due or asserted to be owed or due to another.

13.    As such, Defendant is a "debt collector" within the meaning of 15 U.S.C. § 1692a(6).

### The Unlawful Communications

14.    On or about November 13, 2025, Defendant began attempting to collect the Consumer Debt from Plaintiff by sending Plaintiff a collection communication (the "First Collection Communication").

15.    A screenshot of the First Collection Communication is attached hereto as "Exhibit A."

16.    On or about November 13, 2025, Plaintiff sent Defendant a stop request, requesting Defendant to stop contacting Plaintiff (the "Stop Request").

17.    A screenshot of the Stop Request is attached hereto as "Exhibit A."

18.    Upon information and belief, the Stop Request was received by Defendant on November 13, 2025.

19.    Upon receipt of the Stop Request, Defendant knew that it could not communicate with Plaintiff directly in connection with the collection of the Consumer Debt.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
1515  NE 26th Street, | Wilton Manors, Florida 33305 | Phone (813) 340-8838 | Fax (855) 529-9540
www.JibraelLaw.com

20.     On or about November 19, 2025 (labeled as "Yesterday 11:47 AM"), despite knowing that Plaintiff had requested Defendant to stop contacting them, Defendant sent Plaintiff another collection communication in an attempt to collect the Consumer Debt (the "Second Collection Communication").

21.     A screenshot of the Second Collection Communication is attached hereto as "Exhibit B."

22.     The Second Collection Communication was a phone call.

## COUNT I
## VIOLATION OF 15 U.S.C. § 1692c(c)

23.     Plaintiff incorporates by reference paragraphs 1-22 of this Complaint as though fully stated herein.

24.     Pursuant to 15 U.S.C. § 1692c(c), "if a consumer notifies a debt collector in writing that the consumer wishes the debt collector to cease further communication with the consumer, the debt collector shall not communicate further with the consumer with respect to such debt." 15 U.S.C. § 1692c(c).

25.     On or about November 13, 2025, Defendant was notified in writing, by and through the Stop Request, that Plaintiff requested Defendant to stop contacting them.

26.     The Stop Request said: "STOP".

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
1515 NE 26th Street, | Wilton Manors, Florida 33305 | Phone (813) 340-8838 | Fax (855) 529-9540
www.JibraelLaw.com

27.    As such, Defendant knew Plaintiff requested Defendant to stop contacting Plaintiff. Despite knowing this, Defendant communicated with and/or contacted Plaintiff in connection with the collection of the Consumer Debt by and through the Second Collection Communication.

28.    Accordingly, Defendant violated 15 U.S.C. § 1692c(c) by communicating directly with Plaintiff in connection with the collection of the Consumer Debt via the Second Collection Communication.

## PRAYER FOR RELIEF

29.    WHEREFORE, Plaintiff respectfully requests this Court to enter a judgment against Defendant, awarding the following relief:

(a)    Statutory damages as provided by 15 U.S.C. §1692k;

(b)    An order declaring that Defendant's actions, as set out above, violate 15 U.S.C. § 1692c(c);

(c)    An injunction requiring Defendant to comply with 15 U.S.C. § 1692c(c);

(d)    Costs and reasonable attorneys' fees pursuant to 15 U.S.C. §1692k; and

(e)    Any other relief that this Court deems appropriate under the circumstances.

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
1515  NE 26th Street, | Wilton Manors, Florida 33305 | Phone (813) 340-8838 | Fax (855) 529-9540
www.JibraelLaw.com

DATED: April 17, 2026

Respectfully Submitted,

/s/ Mitchell D. Hansen

**MITCHELL D. HANSEN, ESQ.**
Florida Bar No.: 1065929
E-mail: mitchell@jibraellaw.com
*Lead Counsel For Plaintiff*
**GERALD D. LANE, JR., ESQ.**
Florida Bar No.: 1044677
E-mail: gerald@jibraellaw.com
**ZANE C. HEDAYA, ESQ.**
Florida Bar No.: 1048640
E-mail: Zane@jibraellaw.com
*The Law Offices of Jibrael S. Hindi*
1515 NE 26th Street,
Wilton Manors, Florida 33305
Phone: 813-340-8838

*COUNSEL FOR PLAINTIFF*

LAW OFFICES OF JIBRAEL S. HINDI, PLLC
1515 NE 26th Street, | Wilton Manors, Florida 33305 | Phone (813) 340-8838 | Fax (855) 529-9540
www.JibraelLaw.com